UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN COLEMAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01376 ERW |
| ) | |
| THE CITY OF PAGEDALE, MISSOURI, ) | |
| et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant Pagedale Police Department since the return of service upon said Defendant.

**IT IS HEREBY ORDERED** that Plaintiff shall, no later than **March 30, 2007**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 13th day of March 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE