UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KELVIN COLEMAN, et al.,       )
                              )
     Plaintiffs,              )
                              )
vs.                           )  No. 4:06CV01376 ERW
                              )
CITY OF PAGEDALE, et al.,     )
                              )
     Defendants.              )

## ORDER

Pursuant to the Case Management Order issued on June 6, 2007, Plaintiffs have provided the Court with Plaintiffs' First Interrogatories Directed to Defendants. The Court has reviewed Plaintiffs' Proposed List of Interrogatories and makes the following ruling:

**IT IS HEREBY ORDERED** that the Court sets the limit of twenty-six (26) interrogatories per party. Upon review of Plaintiffs' proposal the Court finds that the proffered interrogatories are repetitious and excessive. Plaintiffs may propound the following twenty-six (26) interrogatories to Defendants *or* any twenty-six (26) interrogatories from Plaintiffs' initial proposed list:

Interrogatory 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 14, 16, 17, 18, 19, 20, 21, 22, 26, 27 (only relating to Interrogatory 26), 28, 29, 30, 31 and 38.

**So Ordered this 13th Day of June, 2007.**

_____
**E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE**