# United States District Court

EASTERN DISTRICT OF MISSOURI

## JUDGMENT IN A CIVIL CASE

Kelvin Coleman, et al.,

Plaintiffs,

v.

CASE NUMBER: 4:06-CV-01376-ERW

Hugh Ross, et al.,

Defendants.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on Plaintiffs claim against Defendant Hugh Ross for deliberate indifference to a risk that Kelvin Dobbs would harm himself, the jury finds in favor of Defendant Hugh Ross.

**IT IS HEREBY ORDERED AND ADJUDGED** that on Plaintiffs claim against Defendant H. Turner for deliberate indifference to a risk that Kelvin Dobbs would harm himself, the jury finds in favor of Defendant H. Turner.

James G. Woodward
CLERK

February 13, 2008
DATE

By: /s/rdouglas
DEPUTY CLERK